| | | | |
|---|---|---|---|
| Com. v. Rucker ..................... | 3401 EDA 2015 Affirmed Application to Withdraw as Counsel Granted | 10/03/2016 | CP–23–CR–0006507– 2013 (Delaware) |
| Com. v. Archer ..................... | 3471 EDA 2015 Affirmed | 10/03/2016 | CP–48–CR–0000485– 2013 (Northampton) |
| N.G. v. C.G. ........................ | 1940 MDA 2015 Quashed | 10/03/2016 | 2011–CV–04775–CU (Dauphin) |
| Friedman v. Pascotti, J. & L'Equip, Inc. | 237 MDA 2016 Affirmed | 10/03/2016 | 2014–CV–08150–NT (Dauphin) |
| Com. v. Parker...................... | 1833 WDA 2015 Affirmed Application to Withdraw as Counsel Granted | 10/03/2016 | CP–02–CR–0000275– 2014 CP–02–CR–0006793– 2013 CP–02–CR–0009422– 2013 CP–02–CR–0009423– 2013 CP–02–CR–0010886– 2013 (Allegheny) |
| Com. v. Cooper ..................... | 303 WDA 2016 Affirmed | 10/03/2016 | CP–07–CR–0001197– 2015 (Blair) |
| Com. v. North ..................... | 1618 EDA 2015 Remanded Jurisdiction Retained | 10/04/2016 | CP–51–CR–0012176– 2007 (Philadelphia) |
| Hobyak v. Hobyak [2] ................. | 1643 EDA 2015 Affirmed | 10/04/2016 | No. 93–08569 (Delaware) |
| Hobyak v. Hobyak [3] ................. | 1739 EDA 2015 Affirmed | 10/04/2016 | No. 93–08569 (Delaware) |
| Com. v. Merriweather ................ | 3013 EDA 2015 Affirmed | 10/04/2016 | CP–51–CR–0012832– 2012 (Philadelphia) |
| Zawrotny v. Clark ................... | 3015 EDA 2015 Remanded Jurisdiction Retained | 10/04/2016 | 2011–29461 (Montgomery) |
| Com. v. Hogan...................... | 487 MDA 2015 Vacated and Remanded | 10/04/2016 | CP–40–CR–0003847– 2010 (Luzerne) |
| Com. v. Hines ..................... | 1730 MDA 2015 Affirmed | 10/04/2016 | CP–14–CR–0000641– 2014 (Centre) |
| Com. v. Hoover ..................... | 1954 MDA 2015 Affirmed | 10/04/2016 | CP–47–CR–0000001– 2015 (Montour) |

2. Petition for reargument denied December 06, 2016.
3. Petition for reargument denied December 06, 2016.